IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

No. 5: 18-cv-3442

    v.

ROBERT EVANCHICK et al.,
    Defendants.

OBJECTION

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record Objects to the document titled "Order" filed 11/26/2018, signed by Malachy E. Mannion, Judge for it violates the Law of the Case, and it is my wish.

TAKE JUDICIAL COGNIZANCE

The nation is a republic, and not a judicial dictatorship. Through the courts, I encourage the government to obey the law respectfully. In a court of record, said Judge is suspended.

Date: November 26, 2018, County of Lehigh, Pennsylvania.

Respectfully submitted,

*/s/ Edward Thomas Kennedy*

_____
Edward Thomas Kennedy [MBA]
401 Tillage Road
Breinigsville, PA 18031

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018 that I filed a copy of the above OBJECTION with the Clerk of Court at this US District Court by ECF.

/s/ Edward Thomas Kennedy

(seal)
_____
Edward Thomas Kennedy, Plaintiff.

Date: November 26, 2018