# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY** | : | |
| Plaintiff | : | CIVIL ACTION NO. 18-777 |
| v. | : | (MANNION, D.J) (ARBUCKLE, M.J.) |
| **ROBERT EVANCHICK**, *et al.* | : | |
| Defendants | : | |

## ORDER

Presently before the court is the "Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause". (Doc. 32). The underlying basis appears to be that the undersigned was "appointed by Barack Obama." With all due respect to the Plaintiff, suffice it to say that the motion is completely meritless. In light of the foregoing, it is **DENIED.**

*s/ Malachy E. Mannion*
 **MALACHY E. MANNION**
 **United States District Judge**

**DATE: November 26, 2018**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2018 ORDERS\18-777-02.docx