EDWARD THOMAS KENNEDY,
  Appellant

v.

ROBERT EVANCHICK, in his official and individual capacities;
BRADLEY J. GETZ, in his official and individual capacities;
TYREE C. BLOCKER, in his official and individual capacities;
RICHARD H. D'AMBROSIA, in his official and individual capacities;
PENNSYLVANIA STATE POLICE;
LESLIE S. RICHARDS, in her official and individual capacities;
PENNSYLVANIA DEPARTMENT OF TRANSPORTATION;
GREG D. JOHNSON;
THOMAS G. SAYLOR, JR., in his official and individual capacities;
JOSHUA DAVID SHAPIRO, in his official and individual capacities;
COMMONWEALTH OF PENNSYLVANIA