OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**





UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 3, 2018

Edward T. Kennedy
401 Tillage Road
Breinigsville, PA 18031

RE: Edward Kennedy v. Robert Evanchick, et al
Case Number: 18-3606
District Court Case Number: 3-18-cv-00777

Dear Mr. Kennedy:

This will advise you that the above-captioned appeal will be submitted to a panel of this Court for possible dismissal due to a jurisdictional defect. It appears that this Court may lack appellate jurisdiction for the following reason(s):

The order that you have appealed may not be reviewable at this time by a court of appeals. Only final orders of the district courts may be reviewed. 28 U.S.C. Section 1291 (enclosed).

Jurisdictional defects cannot be remedied by the court of appeals. The parties may submit written argument in support of or in opposition to dismissal of the appeal for lack of appellate jurisdiction. Any response regarding jurisdiction must be in proper form (original with certificate of service), and must be filed within 21 days from the date of this letter. Upon expiration of the response period, the case will be submitted to the Court for consideration of the jurisdictional question.

The parties will be advised of any Order issued in this matter.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk

By: *Nicole Faust*
Nicole Faust, Administrative Assistant